

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2015

No. 04-15-00239-CR

The **STATE** of Texas,
Appellant

v.

Victoria Mari **VELASQUEZ**,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 478295
Honorable Wayne A. Christian, Judge Presiding

# O R D E R

The State's reply brief was due on October 13, 2015. *See* TEX. R. APP. P. 38.6(c). The day after the brief was due, the State filed a first motion for an extension of time to file the reply brief and the reply brief itself.

The State's motion is GRANTED; its reply brief is deemed timely filed. *See id.* R. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court